Same case below, 406 Fed. Appx. 434.

**No. 10-1189. Seattle Collision Center, Inc., et al., Petitioners v. American States Insurance Company, et al.**

563 U.S. 1021, 131 S. Ct. 2936, 180 L. Ed. 2d 226, 2011 U.S. LEXIS 4120.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 403 Fed. Appx. 249.

**No. 10-1196. Novartis Pharmaceuticals Corporation, Petitioner v. Peggy L. Stevens.**

563 U.S. 1022, 131 S. Ct. 2938, 180 L. Ed. 2d 226, 2011 U.S. LEXIS 4094.

May 31, 2011. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 358 Mont. 474, 247 P.3d 244.

**No. 10-1206. Mary Scott Doe, et al., Petitioners v. Barack H. Obama, President of the United States, et al.**

563 U.S. 1022, 131 S. Ct. 2938, 180 L. Ed. 2d 226, 2011 U.S. LEXIS 4045, ▮

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 631 F.3d 157.

**No. 10-1236. Steve J. Will, Petitioner v. Wisconsin.**

563 U.S. 1022, 131 S. Ct. 2939, 180 L. Ed. 2d 226, 2011 U.S. LEXIS 4169.

May 31, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District IV, denied.

Same case below, 329 Wis. 2d 712, 790 N.W.2d 544.

**No. 10-1245. Dawn M. Ludwig, Petitioner v. Wisconsin.**

563 U.S. 1022, 131 S. Ct. 2940, 180 L. Ed. 2d 226, 2011 U.S. LEXIS 4046.

May 31, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District III, denied.

Same case below, 329 Wis. 2d 710, 790 N.W.2d 543.

**No. 10-1246. Roy M. Jacobs, II, Petitioner v. Pennsylvania.**

563 U.S. 1022, 131 S. Ct. 2940, 180 L. Ed. 2d 226, 2011 U.S. LEXIS 4092.

May 31, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 4 A.3d 690.